```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE NORTHERN DISTRICT OF WEST VIRGINIA
```

**UNITED STATES OF AMERICA,**

       **Plaintiff,**

  **v.**                             **CRIMINAL NO. 1:14CR89-11**
                                                    **(Judge Keeley)**

**TERRI SHUTTLESWORTH,**

       **Defendant.**

### ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

On February 25, 2015, defendant, Terri Shuttlesworth ("Shuttlesworth"), appeared before United States Magistrate Judge John S. Kaull and moved for permission to enter a plea of GUILTY to Count Twenty-Five of the Indictment. Shuttlesworth stated that she understood that the magistrate judge is not a United States District Judge, and consented to pleading before the magistrate judge. This Court had referred the guilty plea to the magistrate judge for the purposes of administering the allocution pursuant to Federal Rule of Criminal Procedure 11, making a finding as to whether the plea was knowingly and voluntarily entered, and recommending to this Court whether the plea should be accepted.

Based upon Shuttlesworth's statements during the plea hearing and the testimony of Sergeant Joe Adams, the magistrate judge found that Shuttlesworth was competent to enter a plea, that the plea was freely and voluntarily given, that she was aware of the nature of

USA v. TERRI SHUTTLESWORTH                                   1:14CR89-11

# ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

the charge against her and the consequences of her plea, and that a factual basis existed for the tendered plea. On March 2, 2015, the magistrate judge entered an Opinion/Report and Recommendation Concerning Plea of Guilty in Felony Case ("R&R") (dkt. no. 283) finding a factual basis for the plea and recommended that this Court accept Shuttlesworth's plea of guilty to Count Twenty-Five of the Indictment.

The magistrate judge also directed the parties to file any written objections to the R&R within fourteen (14) days after service of the R&R. The magistrate judge further directed that failure to file objections would result in a waiver of the right to appeal from a judgment of this Court based on the R&R. Following which, the parties did not file any objections.

Accordingly, this Court **ADOPTS** the magistrate judge's R&R, **ACCEPTS** Shuttlesworth's guilty plea, and **ADJUGES** her **GUILTY** of the crime charged in Count Twenty-Five of the Indictment.

Pursuant to Fed. R. Crim. P. 11(e)(2) and U.S.S.G. § 6B1.1(c), the Court **DEFERS** acceptance of the proposed plea agreement until it has received and reviewed the presentence report prepared in this matter.

**USA v. TERRI SHUTTLESWORTH**                                   **1:14CR89-11**

## ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING

Pursuant to U.S.S.G. § 6A1 et seq., the Court **ORDERS** as follows:

1. The Probation Officer undertake a presentence investigation of **TERRI SHUTTLESWORTH,** and prepare a presentence report for the Court;

2. The Government and Shuttlesworth are to provide their versions of the offense to the probation officer by **March 31, 2015**;

3. The presentence report is to be disclosed to Shuttlesworth, defense counsel, and the United States on or before **May 18, 2015**; however, the Probation Officer is not to disclose the sentencing recommendations made pursuant to Fed. R. Crim. P. 32(e)(3);

4. Counsel may file written objections to the presentence report on or before **June 1, 2015;**

5. The Office of Probation shall submit the presentence report with addendum to the Court on or before **June 15, 2015**; and

6. Counsel may file any written sentencing statements and motions for departure from the Sentencing Guidelines, including the factual basis from the statements or motions, on or before **June 29, 2015.**

**USA v. TERRI SHUTTLESWORTH**                                      **1:14CR89-11**

**ORDER ACCEPTING AND ADOPTING MAGISTRATE JUDGE'S
OPINION/REPORT RECOMMENDATION CONCERNING PLEA OF
GUILTY IN FELONY CASE AND SCHEDULING SENTENCING HEARING**

The magistrate judge remanded Shuttlesworth to the custody of the United States Marshal Service.

The Court will conduct the sentencing hearing for the defendant on **Friday, July 10, 2015** at **1:30 P.M.** at the **Clarksburg, West Virginia** point of holding court.

It is so **ORDERED**.

The Clerk is directed to transmit copies of this Order to counsel of record, the defendant and all appropriate agencies.

DATED: March 17, 2015

                                        /s/ Irene M. Keeley
                                        IRENE M. KEELEY
                                        UNITED STATES DISTRICT JUDGE